

**ALICIA RACANELLI, CSR**
Official Court Reporter
201st Judicial District Court
Travis County, Texas

P.O. Box 1748
Austin, Texas 78767
(512) 854-4028

November 5, 2015

Jeffrey D. Kyle, Clerk
Third Court of Appeals
P.O. Box 12547
Austin, Texas 78711-2457

**VIA E-MAIL:**

Re: Third Court of Appeals Cause No. 03-15-00402-CV
     Trial Court Case No. D-1-GN-14-004025

Style: *Anthony West*
         *vs*
         *Daniel Wannamaker*

Dear Mr. Kyle,

I received your letter dated November 4, 2015, regarding an overdue record.
There was no record taken of the Motion for Summary Judgment held on
May 27, 2015, before Judge Amy Clark Meachum.

If I can be of any further assistance, please do not hesitate to contact me at
alicia.racanelli@traviscountytx.gov.

Very truly yours,

/s/ Alicia Racanelli

Alicia Racanelli